**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IMHOTEP A. MUHAMMAD,** | : | **No. 1:25cv958** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| | : | |
| **v.** | : | **(Magistrate Judge Caraballo)** |
| | : | |
| **RICHARD A. LEWIS,** | | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

Before the court is a report and recommendation ("R&R") from United States Magistrate Judge Phillip J. Caraballo, which recommends that Imhotep A. Muhammad's amended civil rights complaint be dismissed with prejudice. (Doc. 8). The R&R finds that plaintiff's amended complaint is subject to dismissal for failure to state a claim and for seeking monetary relief from an immune defendant.[1] Id.

Magistrate Judge Caraballo issued the R&R on October 29, 2026. By statute, objections were due within 14 days. 28 U.S.C. § 636(b)(1)(C). No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

[1] Defendant is sued in his capacity as a judge of the Dauphin County Court of Common Pleas. (Doc. 6, Am. Compl., ¶ 6).

In deciding whether to adopt the R&R when no timely objection is filed, the court is prompted to provide “some reasoned consideration” of the dispositive legal issues raised by the report. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987); see also FED. R. CIV. P. 72, NOTES OF ADVISORY COMMITTEE ON RULES—1983 (“When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.”). A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

After review of Muhammad’s allegations against Judge Lewis, the court finds neither clear error on the face of the record nor a manifest injustice in dismissing the complaint with prejudice, and therefore, the court will accept the R&R and adopt it in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R, (Doc. 8), is **ADOPTED** in its entirety;
2) Plaintiff’s amended complaint, (Doc. 6), is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii); and
3) The Clerk of Court is directed to close this case.

BY THE COURT:

Date: 11/20/26

JUDGE JULIA K. MUNLEY
United States District Court